United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40094
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICARDO AGUILAR-HERNANDEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:99-CR-568-1
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender, appointed to represent Ricardo

Aguilar-Hernandez (Aguilar), has moved to withdraw and has filed

a brief as required by Anders v. California, 386 U.S. 738 (1967).

Aguilar has filed a response to counsel's motion to withdraw in

which he requests the appointment of replacement counsel.  Our

independent review of the brief, Aguilar's response, and the

record discloses no nonfrivolous issues for appeal.  Counsel's

motion for leave to withdraw is GRANTED, counsel is excused from

further responsibilities, Aguilar's motion for appointment of

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

replacement counsel is DENIED, and the appeal is DISMISSED.  <u>See</u>

5TH CIR. R. 42.2.